**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LIVIA DESWERT, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF CRAIG DESWERT, DECEASED | : | No. 49 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WAWA INC., PHILIP MORRIS USA INC., AND RJ REYNOLDS TOBACCO COMPANY | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: RJ REYNOLDS TOBACCO COMPANY | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of May, 2023, the Petition for Allowance of Appeal is **DENIED**. Petitioner's Application for Stay is **DISMISSED** as **MOOT**.

.